■ In the Matter of GEORGE YOUHAS, Petitioner, v NANUET UNION FREE SCHOOL DISTRICT et al., Respondents. — Proceeding pursuant to CPLR article 78 to review a determination of respondents dated February 1, 1983, which, after a hearing, dismissed petitioner from his position as a school custodian.

Determination confirmed and proceeding dismissed on the merits, with costs.

There is substantial evidence to support the findings of the hearing officer as well as the determination of the Board of Education of the Nanuet Union Free School District (see *300 Gramatan Ave. Assoc. v State Div. of Human Rights,* 45 NY2d 176). The penalty of dismissal is not disproportionate to petitioner's misconduct (see *Matter of Ronkese v Board of Educ.,* 82 AD2d 1011; *Matter of Pell v Board of Educ.,* 34 NY2d 222). Weinstein, J. P., Brown, Rubin and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HOUSTON BETHEA, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Kings County (Coffinas, J.), rendered June 7, 1983, convicting him of burglary in the first degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606). Titone, J. P., Gibbons, Bracken and Weinstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL ALVAREZ, Appellant. — Judgment of the Supreme Court, Kings County (Starkey, J.), rendered March 4, 1982, affirmed. (See *People v Francis,* 99 AD2d 841.) Weinstein, J. P., Brown, Boyers and Eiber, JJ., concur.